620

478 A.2d 136

Commonwealth v. Wallace, Appellant.

Submitted May 4, 1984.
Daniel McGee, for appellant; Dennis C. Pfannenschmidt, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.

478 A.2d 136

Dwyer v. Mayer, Esq., Appellant.

Argued March 20, 1984. Harry R. Mayer, for appellant; Bruce E. Roger, for appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Judgment affirmed.